IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD ALLEN WRIGHT, | : | Civil No. 3:25-cv-275 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN J. GREENE, | : | |
| Respondent | : | |

### ORDER

**AND NOW**, this 5th day of March, 2025, upon preliminary review of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), see R. GOVERNING § 2254 CASES R. 4, 1(b), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.
2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge